JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE FRY, | ) | Case No. 2:20-cv-05211-SP |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: March 25, 2022

SHERI PYM
United States Magistrate Judge